No. 16. EX PARTE JUAN HERNÁNDEZ LÓPEZ.—Petition for the approval of the notarial surety bond executed by the National Surety Company on March 12, 1913. Decided April 7, 1913. Bond approved. The petitioner appeared *pro se.*